20-21

Clerk Of Court,

14-40073

I'm writing in the Concern to notify you that I am no longer at EdgeField Southcardin F.C.I my new address is United States Penitentiary McCreary

Several months ago I wrote you and asked did I Qualify for the law for Distribution Under the First step Act Cancl also am I eligable for the 2 level reduction for drug offenses that came out in 2015 I was Sentenced in 2015 but I dont think my lawyer filed for it. Please respond and let me know if these matters have been reviewed by the Judge. Please and Thanks.

Respectfully Summited
Robert abel Tate 11243025

**Name** Robert Tate
**Reg. No.** 11243025 **Unit**
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

KNOXVILLE TN 377

21 JAN 2021 PM 1 L

Federal
Clerk of Court
301 west Main st
Benton Ill
62812

RECEIVED

JAN 25 2021

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE